585 A.2d 367

CARMINE P. PRINZO, ET AL. v. FRANCESCA A.
CASTRONOVO, ET AL.

September 4, 1990.

Petition for certification denied.

585 A.2d 367

FREDRICKA LUPINO v. EASTERN PROPERTIES, INC.

September 4, 1990.

Petition for certification denied.

585 A.2d 367

KATHLEEN GILLIGAN v. FREDERICK GILLIGAN.

September 4, 1990.

Petition for certification denied.

585 A.2d 367

C.I.C. CORPORATION v. RED BANK RECREATION, INC.

September 4, 1990.

Petition for certification denied.